FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D N Y

★ FEB 02 2009 ★

LONG ISLAND OFFICE

Mr. Kevin Chesney
31 Ivy Place
Valley Stream, New York 11581

January 29, 2009

Judge Denis R. Hurley
United States District Court Judge
P.O. Box 9014
Central Islip, NY 11722-9014

Magistrate Judge E. Thomas Boyle
U.S District Court EDNY
One Federal Plaza
Central Islip. NY 11722-9014

Committee on Grievances EDNY
U.S. District Court
One Federal Plaza
Central Islip, NY 11722-9014

Re: Kevin Chesney, Case No. 05cv5106

Dear Sirs:

I am the plaintiff in the above case. I write on behalf of my wife Lorraine, my son Kevin James, and myself. I am permanently disabled due to a work related injury at the Valley Stream School District 24 and was terminated after being wrongfully accused by the District of a crime.

We have been awaiting a decision on my amended complaint from Hon. Judge Hurley for many, many months and were given an order for a conference call for June 2009.

I have overwhelming evidence to prove my case and irrefutable evidence that the two law firms paid by the taxpayers are submitting fraudulent, forged, and perjurious documents to this Court. Despite this fact, this Court, to whom we brought this to its attention, has never sanctioned, reported or punished these firms in any way.

This Committee is now taking away my long-term legal counsel in this case in what appears to be its only way to defeat me and to avoid discovery and a jury trial. As a disabled American with a work related injury, I receive only workers compensation and social security disability benefits to support my family and myself. This Court and Committee has to know that by suddenly taking away my attorney without a fair hearing,

it would be detrimental to my guaranteed due process rights under the Americans With Disabilities Act and my civil rights under the law.

I received a copy of an order from Judge Hurley on January 28, 2009 because it was mailed to an address that was four years old. A copy of the order and envelope is attached. Senior Judge Hurley does not sign the order and the envelope is addressed in an almost illegible way. It is unprofessional.

I am respectfully asking that the Committee reconsider and reverse this harsh and unjustified punishment against me and my attorney, while the two defense firms, Lamb & Barnosky and Stern & Sokoloff are not being held accountable for covering up criminal wrongdoing while being paid by the taxpayers for one case. I intend to make all of this evidence public. We have done nothing wrong.

Thank you.

Sincerely,

Kevin G. Chesney
Lorraine Chesney
CC: Ruth M. Pollack, Esq.