# LAMB & BARNOSKY, LLP

ATTORNEYS AT LAW

EUGENE R. BARNOSKY
SHARON N. BERLIN*
ROBERT H. COHEN
MICHELLE S. FELDMAN
MARCIA L. FINKELSTEIN
STEVEN GODSBERG
MICHAEL J. HELLER**
GARY HOLMAN
SCOTT M. KARSON
MICHAEL KRAUTHAMER***
P.L. LAMB
ARTHUR A. LANE
JOEL M. MARKOWITZ
PATRICE DOWD SHENN
JEFFREY A. ZANKEL
RICHARD K. ZUCKERMAN

*   ALSO ADMITTED IN CT
**  ALSO ADMITTED IN NJ
*** ALSO ADMITTED IN MA

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
631.694.2300  •  FAX: 631.694.2309
INTERNET: WWW.LAMBBARNOSKY.COM
EMAIL: ATTORNEY'S INITIALS @ LAMBBARNOSKY.COM

SERVICE BY E-MAIL OR FACSIMILE NOT ACCEPTED

COUNSEL
DIANE J. MOFFET
HON. MICHAEL F. MULLEN
RITA FISHMAN SHEENA
VIRGINIA MEDICI WYLLY

OF COUNSEL
LLOYD K. CHANIN
SAMUEL H. GOLDEN****
THOMAS A. O'ROURKE

ASSOCIATES
VICTOR A. ADEFUYE
CATHLEEN D. ALLEN
LISA A. AZZATO*****
LINDSAY TOWNSEND CROCKER
LILIA FACTOR
MARA N. HARVEY
ALYSON MATHEWS
LAUREN SCHNITZER
MARGARET K. TERRY
JANE C. TUCKER

****  ALSO ADMITTED IN FL
***** ALSO ADMITTED IN GA, FL & DC

February 19, 2009

Via ECF
Honorable Denis R. Hurley
United States District Court
Eastern District of New York
One Federal Plaza
Central Islip, New York 11722

Via ECF
Magistrate Judge E. Thomas Boyle
United States District Court
Eastern District of New York
One Federal Plaza
Central Islip, New York 11722

Committee on Grievances
United States District Court
Eastern District of New York
One Federal Plaza
Central Islip, New York 11722

    Re: Chesney v. Valley Stream Union Free School District No. 24, et al
       Docket No. 05 CV 05106

Honorable Sirs:

  This Firm represents Valley Stream Union Free School District No. 24 and the other Valley Stream District defendants (collectively, "the District"), in connection with plaintiff's sole surviving claim in the above referenced action. We write in response to plaintiff Kevin Chesney's January 29, 2009 correspondence.

  We write for the limited purpose of responding to Mr. Chesney's false and highly inflammatory remarks which accuse our Firm of improper conduct. Mr. Chesney's

LAMB & BARNOSKY, LLP

Honorable Denis R. Hurly
Magistrate Judge E. Thomas Boyle
Committee on Grievances
February 19, 2009
Page 2

allegation of wrongdoing by our Firm is patently false. We have at all times, acted professionally and in accordance with our obligations and responsibilities to this Court and to our clients.

    We take no position regarding Mr. Chesney's request that the Committee reconsider and reverse its decision concerning his former counsel, Ruth M. Pollack, Esq.

Respectfully,

*Michelle S. Feldman*

Michelle S. Feldman

MSF/vs

cc:    Mr. Kevin Chesney
       31 Ivy Place
       Valley Stream, NY 11581

#251066 v1