RECEIVED
In chambers of
U.S. Magistrate Judge
E. Thomas Boyle
FEB 23 2009



Kevin G. Chesney
31 Ivy Place
Valley Stream, NY 11581

February 19, 2009

Magistrate Judge E. Thomas Boyle
United States District Court
Eastern District of New York
One Federal Plaza
Central Islip, NY 11722

Re: Index # 05- CV- 5106

Dear Sir:

I am writing in response to the February 19, 2009 letter to your Committee on Grievances by the law firm of Lamb & Barnosky. Please advise me as a disabled pro-se litigant how to file a complaint against these law firms for official misconduct, and facilitating this school district by submitting perjures, fraudulent, and tampered evidence to this court, which has prevented me to prosecute all issues in my case, including my A.D.A claims and my E.R.I.S.A violations. The proof and irrefutable evidence I have submitted to this court should be more than enough for an investigation. Instead for some reason the crimes committed against this court and my family by these two defense firms has resulted in not only an investigation, but a suspension of my counsel. There is something very, very wrong with this situation. I must remind this committee about the statement by Ms. Feldman about my "soul surviving claim"! Not only have I proven my COBRA claim survives, but due to this school districts insurance fraud, claiming my injury was from an auto accident, the fraudulent and forged time records sent by their second legal team, and still cannot produce a cancelled check, several acts of fraud, tampering with evidence and the most "INFLAMMATORY" of all, perjury, which I have already proven. I am still waiting for Honorable Judge Denis R. Hurley to grant us our amended complaint on several other issues which have been proven by documents I have submitted and are on the record. They call my claims inflammatory, I call them crimes, and I can prove it!

Sincerely,

Kevin G Chesney